IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.No. CR 07 109 S
)
vs. ) In violation of 18 U.S.C.
) § 922(g)(1)
JONATHAN CAMPBELL )

FILED
AUG 15 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about May 3, 2007, in the District of Rhode Island, the defendant JONATHAN CAMPBELL, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson .38 Caliber revolver, serial number R250114.

In violation of 18 U.S.C. § 922(g)(1)

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Date: August 15, 2007

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief