UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0109S |
| | ) | |
| JONATHAN CAMPBELL | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Jonathan Campbell, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for a period of 60 days. The case is presently scheduled for the Court's October, 2007, trial calendar. Mr. Campbell submits the attached memorandum in support of this request.

Respectfully submitted
Jonathan Campbell
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on August 17, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0109S |
| | ) | |
| JONATHAN CAMPBELL | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Campbell has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter. The case is currently scheduled for the Court's October, 2007, trial calendar.

The defense seeks this continuance to fully investigate Mr. Campbell's criminal record. The government has charged Mr. Campbell as a felon in possession of a firearm which normally carries a penalty of up to 10 years in prison. 18 U.S.C. § 922(g)(1). If, however, Mr. Campbell has three or more prior convictions for crimes of violence or drug trafficking crimes, he may be subject to an enhanced penalty of 15 years to life in prison. 18 U.S.C. § 924(e). Mr. Campbell has a significant criminal record in Massachusetts. The time extension requested will allow the defense to investigate these prior contacts with the criminal justice system and then competently advise Mr. Campbell of the risks and consequences involved in the defense of his case.

The government, through Assistant US Attorney Chafee, has no objection to the requested continuance. Additionally, the time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Jonathan Campbell
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on August 17, 2007.

/s/ Kevin J. Fitzgerald