AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 15 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA
v.
JONATHAN CAMPBELL

WARRANT FOR ARREST

CASE NUMBER: CR07-109S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JONATHAN CAMPBELL
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

in violation of
Title 18 United States Code, Section(s) 922(g)(1)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Noel
Signature of Issuing Officer

August 15, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at
$ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Marlboro, MA by ATF | | |
| DATE RECEIVED 08/15/2007<br>DATE OF ARREST 08/16/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SD USM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |