UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0109S |
| | ) | |
| JONATHAN CAMPBELL | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Jonathan Campbell, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for an additional period of 60 days. The case is presently scheduled for the Court's December, 2007, trial calendar. Mr. Campbell submits the attached memorandum in support of this request.

Respectfully submitted
Jonathan Campbell
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on November 2, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0109S |
| | ) | |
| JONATHAN CAMPBELL | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Campbell has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter. The case is currently scheduled for the Court's December, 2007, trial calendar.

The defense asks for this continuance to complete its investigations. As stated in our previous motion, Mr. Campbell has an extensive Massachusetts criminal record which may subject him to Armed Career Criminal penalties under 18 U.S.C. § 924(e). The defense continues to look at Mr. Campbell's prior contacts in order to determine if they qualify as predicate convictions. Additionally, the defense is attempting to locate the passenger in Mr. Campbell's during this incident. Interviewing this individual is essential to Mr. Campbell's defense. The requested time extension ought to allow the defense to complete its investigation of Mr. Campbell's prior criminal contacts, locate and interview the passenger, competently advise Mr. Campbell of the risks and consequences involved in the defense of his case.

The government, through Assistant US Attorney Chafee, has no objection to the requested continuance. Additionally, the time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Jonathan Campbell
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on November 2, 2007.

/s/ Kevin J. Fitzgerald