United States District Court
For The District Of Rhode Island

UNITED STATES OF AMERICA

v.

Criminal Case No. CR07109S

JONATHAN CAMPBELL

**MOTION FOR ATTORNEY OF RECORD TO WITHDRAW**

**NOW COMES** the defendant, Jonathan Campbell, and hereby respectfully requests that this Honorable Court allow attorney Kevin J. Fitzgerald to withdraw due to a break down of the Attorney / Client relationship. The defendant and this attorney have irrecticiable differences in defense strategy and the defendant simply has no trust in his attorney's ability to properly represent him.

The defendant resectfully request that Kevin J Fitzgerald be allowed to withdraw and that this Honorable Court appoint the defendant a conflict free attorney.

Respectfully Submitted
BY THE DEFENDANT

Dated: November 19, 2007

Jonathan Campbell
Jonathan Campbell Prose
11/19/07

## Certificate of Service

I, Jonathan Campbell, do hereby certify that I did send (1) one copy of said "Motion for attorney of record to withdraw" to the Kevin J Fitzgerald at the Federal Defender Office at 10 Weybosset Street, 3rd Floor, Providence, Rhode Island 02903 and to the AUSA's office for the district court of Rhode Island.

Respectfully Submitted
BY THE DEFENDANT

Jonathan Campbell
Jonathan Campbell prose
11/19/07

Dated: November 19, 2007