UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 07-109S

JONATHAN CAMPBELL

## ENTRY OF APPEARANCE

I, George J. West, Esq., hereby enter my appearance for the defendant, Jonathan Campbell, in the above matter.

/s/ George J. West,

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

Date: December 12, 2007

## CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Entry of Apperance through the United States District Court for the District of Rhode Island's ECF System be forwarded to Zechariah Chafee, Esq., A.U.S.A. at zechariah.chafee@usdoj.gov on December 12, 2007.

/s/ George J. West