IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-0109S |
| | ) | |
| Jonathan Campbell | ) | |

**MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, IMPANELMENT AND PRETRIAL SCHEDULING ORDER**

Now come the defendant, Jonathan Campbell, by and through his attorney and moves this Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in this matter, for a period of 60 days. The case is presently scheduled for the Court's February, 2008, trial calendar.

The defense asks for this continuance in order that it may complete its investigations. Attorney for counsel notes that he was only recently assigned to this matter, entering appearance on behalf of the defendant on December 12, 2007. Further as indicated in previous motions for enlargement of time to conduct discovery, filed in this matter, Mr. Campbell has background Massachusetts criminal history which may were the charge sustained subject him to Armed Career Criminal penalties under 18 U.S.C. § 924(e). As new counsel for the defendant, counsel needs to review that point to determine if they qualify as predicate convictions. In addition counsel needs to attempt to locate the passenger in Mr. Campbell's vehicle during this incident. Based on motions previously filed, counsel has reason to believe that interviewing this individual is essential to Mr. Campbell's defense.

Further, counsel requests additional time inasmuch as counsel must meet with the client, review discovery and pursue avenues of defense. Counsel again notes that his appearance was entered on December 12, 2007 during an extensive pretrial hearings and investigations in the matter United States v. Mejia.

United States Supreme Court:

1 Pedro Hernandez v. United States of America, Petition for Writ of Certiorari

United States Court of Appeals for the First District:

1. United States of America v. Anthony Lipscomb, No. 07-1293
2. United States of America v. Gonzalez-Ramirez, No. 07-1880

United States District Court for the District of Rhode Island:

1 Chantha Leuthavone v. State of Rhode Island, No. 97-0556S
3. United States of America v. Eric Grundy, No. 06-132-01ML
4. United States of America v. Ricardo Mejia, No. 07-005-S

State of Rhode Island Supreme Court:

1. State of Rhode Island, Appellee v. Fode Sidibe, No. 04-338-C.A.
2. State of Rhode Island, Appellee v. Kyle R. Campbell, No. 06-98-A
3. State of Rhode Island, Appellee v. Chantha Leuthavone, No. PM07-2339
4. David L. Roberts v. A. T. Wall, No. 06-233-A
5. State of Rhode Island, Appellee v. Brian Dennis, No. 07-195-A
6. State of Rhode Island, Appellee v. Ricardo Ramirez, No. 03-0027
7. Roger T. Lamoureux v. State of Rhode Island, No 06-116-A

State of Rhode Island Superior Court

1. Randy Anderson v. State of Rhode Island, WM 2005-0504

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Zecharieah Chafee, Esq., A.U.S.A. at Zechariah.chafee@Usdoj.gov 1/11/2008.

/S/ George J West