UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

vs.

CR. 07-109-01S

Jonathan Campbell

**ORDER**

Defendant's Motion for Continuance to the April trial calendar is GRANTED. This matter is continued until the April empanelment. Pursuant to Rule 12 (f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance, constitutes excludable time as defined by 18 U.S.C. §3161 (F). Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendant to fully understand his constitutional rights regarding the criminal charges pending against him outweighs the interest of the public and the defendant in a speedy trial.

ORDER:

By: Karen Baldwell
Deputy Clerk

ENTER:

WSmith
William E. Smith
U.S. District Judge

DATE: 1/11/08