To United State District Court
District of Rhode Island
Two Exchange terrace
John O. Pastore Federal Buildings
providence, RI 02903

March 7, 2008

From Johnathan Campbell # 05918070
D.W.W.D.F
950 High st
Central Falls, RI
02863

To Office of the clerk:

The reason for this letter is, I am trying to obtain my discovery from the Goverment on my case, I am acting pro-se as I write this - Honorable Court.

The reason being is I had my attorney that's never at his office or never write's me back for my discovery under Rule 16 and Jencks Act Material and He doesn't respond to any of my letters or calls my wife leave's messages and it's like he doesn't - exist.

I would really appreciate some help from this Honorable court on this request thank you.

Sincerely yours,

[signature]