UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 07-109S

JONATHAN CAMPBELL

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER**

Now comes the defendant, Jonathan Campbell, and seeks additional time for the conduct of discovery, filing of pretrial motions and also to vacate the jury empanelment and trial calendar call in this matter. This case involves an ACCA potential enhancement. Defendant respectfully submits that he has contacted the Committee for Public Counsel Services in the Commonwealth of Massachusetts and by and through his counsel has learned from Donald S. Bronstein, Director of Criminal Appeals, Private Counsel Division, that a qualified attorney will be assigned to the defendant's case. Attorney Bronstein advised that Defendant's paperwork had been misplaced and recently discovered. The delay was not caused by any action of the Defendant. Defendant is subject to a potential armed criminal enhancement in this case and exposure for a lengthy sentence.

Attorney Bronstein's office will investigate the prior convictions which the government will rely upon for the enhancement. It appears to be in the continued interest of justice to allow this procedure to go forward and allow the defendant any opportunity that may be available to him to obtain this assistance.

Defendant, through his counsel, also seeks additional time on the basis of the press of other matters including United States v. Lipscomb wherein appellant's brief was filed on the 15th day of February, 2008, State v. Sidibe, State v. Pona which will be argued on March 11, 2008 before the Rhode Island Supreme Court, and United States v. Gonzalez-Ramirez which was recently briefed as well. For the foregoing reasons, counsel seeks an additional sixty (60) days in order to properly prepare and pursue the foregoing matters.

Such continuance should therefore be excludable for speedy trial calculation in the interest of justice.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

Date: March 10, 2008

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge the Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Zechariah Chafee, Esq., A.U.S.A. at zechariah.chafee@usdoj.gov on March 10, 2008.

/s/ George J. West