**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. NO. 07-109S** |
| **vs.** | ) | |
| | ) | |
| **JONATHAN CAMPBELL** | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTIONS FOR SUPPRESSION AND DISCLOSURE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby request an Extension of Time to Answer Defendant's Motion For Suppression and Disclosure for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 24th day of March, 2008, I caused the within Government's Motion For An Extension of Time To Answer Defendant's Motions For Suppression and Disclosure to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

George West, Esquire
1 Financial Plaza
Providence, Rhode Island 02903

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.07-109S |
| | : | |
| JONATHAN CAMPBELL | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTIONS FOR SUPPRESSION AND DISCLOSURE**

The government seeks an extension of time until April 11, 2008 to respond to defendant's motions. The government notes that the trial has been moved to the June calendar. Thus there is not acute time pressure. The government seeks the extra time to research the law and formulate its objections.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2008, I caused the within Government's Memorandum in Support of it's Motion to for an Extension of Time to Answer Defendant's Motions for Suppression and Disclosure to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

George West, Esquire
1 Financial Plaza
Providence, Rhode Island 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov