**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. NO. 07-109S** |
| **vs.** | ) | |
| | ) | |
| **JONATHAN CAMPBELL** | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby files an Objection To Defendant's Motion To Suppress Evidence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of April, 2008, I caused the within Government's Objection To Defendant's Motion to Suppress Evidence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.07-109S |
| | : | |
| JONATHAN CAMPBELL | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

I. INTRODUCTION

Defendant seeks to suppress the handgun the police found in the center console of the SUV defendant was driving. He says the police did not have his probable cause or consent to search the truck for the gun. But the police did have both consent and other grounds to search the SUV. The motion should be denied.

II. FACTS

On May 3, 2007 at about 9:00p.m., Providence Gun Task Force Officers Primiano and Pichs got word that a black Chevy Tahoe with Massachusetts plates would be coming into the city on Charles Street and that the two black men aboard, both felons, had a gun. The officers set up watch on the ramp off Route 95 South to Charles Street, and at about 10:00p.m. saw the Tahoe with the men inside come down the ramp. As the Tahoe went toward Admiral Street it changed lanes without using a turn signal, and the officers pulled it over. The police shined a spot light on the Tahoe, and , as they cam up, saw the driver, Jonathan Campbell, fiddling with the center console as if hiding something. The police told both men to show their hands; after

some delay the men did. The police then asked Campbell if there were weapons in the car, and he said that he thought there was a BB gun and added, "You can check."

An officer lifted a storage tray in the console and saw protruding from a sock the butt of a Smith & Wesson .38 special revolver. It had five rounds in it. Both men were arrested.

At the station Campbell was read his rights, signed a waiver, and told Officer Zincone that he got a phone call from a friend named Will in Rhode Island who said he was having problems with "Doods" and for Campbell to bring one of those "things" (meaning a gun). Campbell was to meet Will on Charles Street. Campbell acknowledged that the police had found a BB gun and a chrome .38 revolver with five rounds. He said that the gun was his, that he bought it for $300 in North Carolina four months ago, and that he did not know it was in the truck.

## III. ARGUMENT

### a. Consent

The police will testify that defendant did tell them that they could search the SUV. That is a factual issue which will be resolved at a hearing. Defendant was not in custody for Miranda purposes.

b. Scope of Search

The police were given permission to search and checked the center console where they had seen defendant moving his hands after the stop. The gun was found there. Defendant's statement that the police could "check" reasonably conveyed permission to search for weapons. Clearly the police were interested in weapons more dangerous than a BB gun.

c. Other Grounds For A Search

Defendant's consent gave the police the authority to search the SUV, but they also had sufficient legal basis without the consent. In this case the police stopped the SUV for a traffic violation, but they also had grounds for an investigatory stop based on the information they had received and the confirmation of the details of that tip by their own observations: a black Chevrolet Tahoe with Massachusetts registration coming into Providence on Charles Street, and occupied by the black men. The police had also been told that both men had long criminal records. The police saw the defendant moving his hands by the center console as though concealing something. Based on the foregoing the police had articulable reasonable suspicion that a gun was in the Tahoe. They had a right to conduct a protective search of the passenger compartment. Michigan v. Long, 463 US 1032, (1983).

## IV. CONCLUSION

Defendant's motion should be denied.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2008, I caused the within Government's Memorandum in Support of it's Objection To Defendant's Motion To Suppress Evidence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov