UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 07-109S

JONATHAN CAMPBELL

# ASSENTED TO MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER AND TO RESCHEDULE PENDING MOTIONS

Now comes the defendant, Jonathan Campbell, and seeks additional time for the conduct of discovery, filing of pretrial motions and also to vacate the jury empanelment and trial calendar call in this matter. This case involves an ACCA potential enhancement. Defendant respectfully submits that he has contacted the Committee for Public Counsel Services in the Commonwealth of Massachusetts and by and through his counsel and had learned from Donald S. Bronstein, Director of Criminal Appeals, Private Counsel Division, that a qualified attorney would be assigned to the defendant's case. Since that time, Kathleen M. O'Connell, Esq., has been appointed in the Commonwealth to represent him in the effort to investigate his criminal history and take such effort as may be necessary. Attorney

O'Connell's office has apparently completed its inquiry into the prior convictions which the government may rely upon for the enhancement. At this time it appears that your counsel would be required to pursue any post-conviciton relief in the prior state matters on a pro hac vice basis. Counsel seeks additional time to pursue these matters.

Defendant, through his counsel, also seeks additional time on the basis of the need to receive an expert witness report potentially in support of motions pending and to be filed. This report may well be useful in addressing the Massachusetts prior conviction matters. For the foregoing reasons, counsel seeks the trial calendar call time be rescheduled into November and, similarly, that the hearing on pending motions be rescheduled until October.

Such continuance should therefore be excludable for speedy trial calculation in the interest of justice. After consultation with the attorney for the government it has been confirmed the government has no objection to the foregoing.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

Date: August 22, 2008

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Motion to Enlarge the Time through the United States District Court for the District of Rhode Island's ECF System be forwarded to Zechariah Chafee, Esq., A.U.S.A. at zechariah.chafee@usdoj.gov on August 22, 2008.

/s/ George J. West